| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>MARTINEZ, WILLIAM J. | 2. Court or Organization<br><br>DISTRICT COURT - COLORADO | 3. Date of Report<br><br>07/16/2012 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>02/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>ALFRED A. ARRAJ U.S. COURTHOUSE<br>901 19TH STREET, ROOM A841<br>DENVER, CO 80294 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Custodian | Uniform Gift to Minors Act Account at Vanguard Funds |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, WILLIAM J. | 07/16/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Salary from employment with Denver Health |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, WILLIAM J. | 07/16/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Hispanic National Bar Association | Contribution toward cost of Investiture reception | $1,500.00 |
| 2. | McNamara, Roseman & Kazmierski LLP | Contribution toward cost of Investiture reception | $1,100.00 |
| 3. | Colorado Plaintiff Employment Lawyers Assocation | Contribution toward cost of Investiture reception | $1,000.00 |
| 4. | Colorado Hispanic Bar Association | Contribution toward cost of Investiture reception | $750.00 |
| 5. | Colorado/Denver Bar Associations | Contribution toward cost of Investiture reception | $500.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Guild Mortgage Company | Mortgage on rental property in Greenwood Village, Colo. (Part VII, Line 1) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, WILLIAM J. | 07/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental property; Greenwood Village, CO (2008) ($740,000) | E | Rent | O | R | | | | | |
| 2. Commercial Property/30% interest; Denver, CO (2001) $650,000 | A | Rent | | | Sold | 04/21/11 | M | | Todd McNamara |
| 3. E*Trade Brokerage Account | | | | | | | | | |
| 4. -- Seagate common stock | D | Dividend | M | T | Buy | 03/02/11 | M | | |
| 5. IRA Account #1 | | | | | | | | | |
| 6. -- Powershares QQQ ETF Shares | A | Dividend | L | T | | | | | |
| 7. -- Vanguard Growth Index Fund (VGIF) | A | Dividend | J | T | | | | | |
| 8. IRA Account #2 | | | | | | | | | |
| 9. -- VGIF Shares | A | Dividend | K | T | | | | | |
| 10. IRA Account #3 | | | | | | | | | |
| 11. -- VGIF Shares | A | Dividend | K | T | | | | | |
| 12. -- Vanguard Income Index Fund (VIIF) Shares | A | Dividend | K | T | | | | | |
| 13. UGMA Account #1 | | | | | | | | | |
| 14. -- VGIF Shares | A | Dividend | | | Closed | 11/08/11 | J | B | |
| 15. -- VIIF Shares | A | Dividend | | | Closed | 11/08/11 | J | B | |
| 16. UGMA Account #2 | | | | | | | | | |
| 17. -- VGIF Shares | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, WILLIAM J. | 07/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -- VIIF Shares | A | Dividend | J | T | | | | | |
| 19.  25% partnership share in McNamara, Roseman, | | None | | | Closed | 02/09/11 | J | A | Todd McNamara, Barry Rosem |
| 20.  Martinez & Kazmierski LLP | | | | | | | | | |
| 21.  Hartford Deferred Compensation Plan | | | | | | | | | |
| 22.  -- SSgA EAFE Index Fund | A | Dividend | M | T | | | | | |
| 23.  -- SSgA DJ Target 2045 Fund | A | Dividend | M | T | | | | | |
| 24.  Wells Fargo Checking Acct #1 | A | Interest | J | T | | | | | |
| 25.  Wells Fargo Checking Acct #2 | A | Interest | J | T | | | | | |
| 26.  Wells Fargo Checking Acct #3 | A | Interest | J | T | | | | | |
| 27.  Wells Fargo Checking Acct #4 [Law Office operating acct] | A | Interest | | | Closed | 02/09/11 | | | |
| 28.  Wells Fargo Savings Acct #1 | A | Interest | J | T | | | | | |
| 29.  Wells Fargo Savings Acct #2 | A | Interest | J | T | | | | | |
| 30.  Wells Fargo Colo Tax Free Bond Fund | A | Int./Div. | K | T | | | | | |
| 31.  Wells Fargo Market-Linked Certificates of Deposit | | None | M | T | | | | | |
| 32.  Vanguard Investment Acct | | | | | | | | | |
| 33.  -- Vanguard Mid-Cap Index Fund | | None | L | T | Buy (add'l) | 06/01/11 | J | | |
| 34.  -- Vanguard Small-Cap Index Fund | | None | L | T | Buy (add'l) | 06/01/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, WILLIAM J. | 07/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -- Vanguard Long-Term Tax-Exempt Bond Fund | | None | M | T | Sold (part) | 03/14/11 | J | A | |
| 36. | | | | | Sold (part) | 05/31/11 | J | A | |
| 37. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 38. | | | | | Buy (add'l) | 12/01/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Line 3:  (a)  I previously owned stock in Microsoft Corporation in my E*Trade Brokerage Account. I closed out my position in this stock for the last time on 11/19/2009 by selling all of my remaining shares of that stock at that time. This transaction had a  Value Code of L, and a Gain Code of B; and

(b)  I previously owned stock in Intel Corporation in my E*Trade Brokerage Account. I closed out my position in this stock for the last time on 03/05/2010 by selling all of my remaining shares in that stock at that time. This transaction had a Value  Code of M, and a Gain Code of C.

Line 13: This UGMA Account was closed in 2011 as it had been opened to save money          #1's college education, and      graduated from college at the conclusion of the 2011-2012 academic year.

Line 19: My only financial interest in my former law firm which I had at the time I wound up my law practice in February 2011 consisted of my share of the value of computer equipment, furniture, print and similar equipment used by the firm. My portion  was bought out by my three former law partners, Stefan Kazmierski, Todd McNamara and Barry Roseman. This transaction had a Value Code of J.

Line 27: I closed out both my Wells Fargo Operating Account and my Wells Fargo Client Trust Account when I wound up my law practice on February 9, 2011.  Both of these accounts were bank checking accounts, so there was no gain associated with the   closure of either of these accounts.

Line 32: On 09/16/2010 I exchanged all of my remaining shares of Vanguard Limited-Term Tax-Exempt mutual fund for shares of equal value in Vanguard Long-Term Tax-Exempt mutual fund. This transaction had a Value Code of K, and a Gain Code of A.

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, WILLIAM J. | 07/16/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ WILLIAM J. MARTINEZ**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544